

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*                                        *(302) 573-6277*
*Wilmington, Delaware   19899-2046*        *FAX (302) 573-6220*

November 22, 2019

**VIA CM/ECF**

The Honorable Leonard P. Stark
Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *United States v. Sponaugle*, **Criminal Case No. 19-103-LPS**

Dear Chief Judge Stark,

      The government writes on behalf of the parties in the above-captioned case. The undersigned and Mr. Malik, attorney for the defendant, jointly request that the Court accept a written status report from the parties in lieu of the teleconference currently scheduled for Monday, November 25, 2019. (D.I. 10.)  In addition, Mr. Malik requests that the deadline to provide that status report be postponed by thirty (30) days.  The government does not object to that request.

      In support of the request to postpone the status report deadline, Mr. Malik offers that he is currently scheduled for a trial to take place during the first two weeks of December 2019, and that trial preparations have taken up the bulk of his time.  As such, he has not yet had an opportunity to review discovery provided by the government after he filed his Motion for Bill of Particulars (D.I. 11).  In particular, this discovery includes two spreadsheets itemizing transactions on the defendant's corporate credit card which the government referenced in its Response to Motion for Bill of Particulars (D.I. 12).  The parties will be able to provide a more fulsome status report once Mr. Malik has had an opportunity to review the discovery.  Mr. Malik represents that he will be able to review the discovery in short order after his trial has ended.

///

Accordingly, the parties respectfully request that the Court allow them to file a written status report within thirty (30) days, by December 22, 2019, in lieu of the status teleconference currently scheduled for Monday, November 25, 2019.

                                        Respectfully Submitted,
                                        DAVID C. WEISS
                                        United States Attorney

By:   */s/ Carly A. Hudson*
        Carly A. Hudson
        Assistant United States Attorney

cc: Counsel of Record (via CM/ECF)