IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 19-103-LPS |
| | ) |
| KIMBERLY SPONAUGLE, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

At Wilmington, Delaware this **26th** day of July, 2021,

IT IS HEREBY ORDERED that:

1. A Status Telephone Conference is set for September 1, 2021 at 8:45 a.m., as set forth at Docket Item 49.

2. Expert notices are due on or before October 1, 2021.

3. By **5:00 p.m.** on **November 10, 2021**, one week before the pretrial conference, the parties shall file a joint request for proposed jury instructions, any joint or individual requests for special voir dire, and any motions in limine. The non-moving party may file a response to the motion in limine no later than **two days before the pretrial conference** and all parties should be prepared to discuss the motions in limine at the pretrial conference.

4. A pretrial conference is scheduled for **November 17, 2021 at 10:30 a.m.** in Courtroom 6B. The Defendant shall attend the pretrial conference.

5. A jury trial (estimated to be 10 days in length) is scheduled to begin on **Monday, December 6, 2021 at 9:00 a.m.**, in Courtroom 6B. Counsel shall be present in the Courtroom at **8:30 a.m.** on that day and each succeeding day of the trial.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE