IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 19-103-LPS |
| ) | |
| KIMBERLY SPONAUGLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, this 29th day of November, 2021, having considered the Government's Motion to Admit Evidence of Defendant's Failure to Declare Income in Tax and Divorce Filings (the "Motion") and any opposition thereto:

1. The Court finds that evidence concerning the Defendant's tax returns filed from 2012-2018 and financial disclosures made during her divorce proceeding in the Cecil County, Maryland Circuit Court are admissible as intrinsic evidence for the reasons stated in the Motion;

2. The Court finds that, if the evidence were not intrinsic, it would be admissible under Federal Rule of Evidence 404(b), as it has a proper purpose as outlined in the Motion, is relevant, and has a probative value that outweighs its potential for unfair prejudice.

It is HEREBY ORDERED that the Government's Motion is GRANTED.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE